UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**KEITH HARRIS, et ux.**

    **Plaintiffs,**

v.                                  **CIVIL ACTION NO.**
                                            **7:25-CV-00027-REW-EBA**

**3M COMPANY, et al.**

    **Defendants.**

### PLAINTIFFS' EMERGENCY MOTION TO REMAND AND MOTION FOR RULE 11 SANCTIONS

COME NOW, Plaintiffs, Keith Harris and Whitney Harris, by and through the undersigned counsel, and file this Emergency Motion to Remand and Motion for Rule 11 Sanctions along with their Memorandum in support of Plaintiffs' Emergency Motion to Remand and Motion for Rule 11 Sanctions filed contemporaneously herewith. In support of the Motion, the Plaintiffs rely on the following Exhibits:

| | |
|---|---|
| Exhibit 1: | Amended Scheduling Order |
| Exhibit 2: | Mine Service Company's Answers to Plaintiffs' Interrogatories (Johnny Wilson) |
| Exhibit 3: | Email Correspondence from 3M |
| Exhibit 4: | Email Correspondence from MSC to 3M |
| Exhibit 5: | Price Final Report |
| Exhibit 6: | Keith Harris Deposition |
| Exhibit 7: | Keith Harris Social Security Earnings records |
| Exhibit 8: | Email from Rob Akers to Johnny Givens |

1

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully request this Court to grant their Emergency Motion to Remand and Motion for Rule 11 Sanctions and issue an order pursuant to 28 U.S.C. § 1447(c) remanding this action to the Circuit Court of Martin County. The Plaintiffs request this Court to grant any other relief the Court deems appropriate.

Dated, this the 28th day of May 2025.

Respectfully submitted,

**MARTIN WALTON LAW FIRM**

*/s/Michael B. Martin*
Michael B. Martin
Texas Bar No.: 13094400
Kentucky Bar No. 96907
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 77546-4580
T:  (713) 773-2035
F:  (832) 559-0878
mmartin@martinwaltonlaw.com

Johnny Givens
Kentucky Bar No.: 98938
GIVENS LAW FIRM, PLLC
240 Trace Colony Park Drive, Suite 100
Ridgeland, Mississippi 39157
T:  (601) 300-2009
F:  (601) 651-3948
johnny@givens-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served electronically or via US Mail on this 28th day of May 2025, upon all parties of record.

*/s/Michael Martin*
Michael B. Martin