COMMONWEALTH OF KENTUCKY
MARTIN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00165

KEITH HARRIS, et ux.,                                                                                  PLAINTIFFS

v.

3M COMPANY., et al.                                                                                    DEFENDANTS

\* \* \* \* \* \* \* \*

### AMENDED SCHEDULING ORDER

This matter comes before the Court on Defendant 3M Company's second motion for entry of scheduling order. The jury trial on the claims of Plaintiffs Keith and Whiteny Harris is currently assigned to begin on **September 22, 2025, at the hour of 9:00 a.m.**, and the Court, having considered 3M's motion, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THE PARTIES SHALL COMPLY WITH THE FOLLOWING AMENDED PRETRIAL DEADLINES:**

1. **Lay Witness Disclosures:**

   - **Plaintiffs' supplemental disclosure of lay witnesses, including addresses and telephone numbers** – Filed on March 26, 2025 (180 days before trial)

   - **Defendants' supplemental disclosure of lay witnesses, including addresses and telephone numbers** – Filed on April 25, 2025 (150 days before trial)

   - However, if any witnesses are for the first time identified through the course of discovery following the above dates, then either party may amend the lay witness list within 10 days of the party discovering said witness and may have relevant testimony, provided however that no disclosure can be made following the final

4903-1353-7287, v. 1

**EXHIBIT 1**

witness deadline. The opposing party shall have the opportunity to depose any witnesses previously undisclosed.

2. **Plaintiffs' supplemental expert disclosures in compliance with CR 26.02(4)** – Filed on March 26, 2025 (180 days before trial)

   - Plaintiffs' counsel shall concurrently provide dates of availability for the depositions of Plaintiffs' expert witnesses.

   - Defendants shall have a reasonable opportunity to depose Plaintiffs' expert witnesses prior to the depositions of Defendants' expert witnesses on the same subject matter.

3. **Defendants' supplemental expert disclosures in compliance with CR 26.02(4)** – Filed on April 25, 2025 (150 days before trial)

   - Defense counsel shall concurrently provide dates of availability for the depositions of Defendants' expert witnesses.

4. **All fact discovery, including fact and evidentiary depositions, to be completed** – May 23, 2025 (120 days before trial)

5. **All expert discovery to be completed** – June 24, 2025 (90 days before trial)

6. **Dispositive motions, motions in limine, *Daubert* motions** – Filed on July 9, 2025 (75 days before trial)

   - **Responses** – Filed on July 23, 2025 (14 days after motions)

   - **Replies** – Filed on July 30, 2025 (7 days after responses)

7. **Parties file final witness lists and exhibit lists; parties exchange all exhibits** – July 24, 2025 (60 days before trial)

8. **Deposition designations** – Filed on August 13, 2025 (40 days before trial)

- **Objections to deposition designations and counter deposition designations** – Filed on August 27, 2025 (14 days after deposition designations)

- **Objections to counter deposition designations** – Filed on September 10, 2025 (14 days after counter deposition designations)

9. **Jury instructions and any trial memorandum** – Filed on September 2, 2025 (20 days before trial)

10. **Mediation** – Completed no later than prior to the final pretrial conference.

11. The final pretrial conference and hearings on all pending motions will occur on **August 7, 2025, at the hour of 9:00 a.m. Eastern Time.**

/s/ JUDGE JOHN KEVIN HOLBROOK
electronically signed
3/24/2025 2:13:00 PM ET

JUDGE, MARTIN CIRCUIT COURT

**CLERK'S DISTRIBUTION LIST:**

Givens Law Firm, PLLC
240 Trace Colony Park Drive, Suite 100
Ridgeland, MS 39157
johnny@givens-law.com
jeanreid@givens-law.com
*Counsel for Plaintiffs*

Michael B. Martin
Martin Walton Law Firm
699 S. Friendswood Drive, Suite 107
Houston, TX 77546-4580
mmartin@martinwaltonlaw.com
beth@martinwaltonlaw.com
tiffany@martinwaltonlaw.com
*Counsel for Plaintiffs*

Byron N. Miller
Michael J. Bender
THOMPSON MILLER & SIMPSON, PLC
734 West Main Street, Suite 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com
*Counsel for Defendant 3M Company*

Bryant J. Spann
Robert H. Akers
THOMAS COMBS & SPANN
300 Summers Street, Suite 1380
Charlestown, WV 25301
BSpann@tcspllc.com
RAkers@tcspllc.com
JBrowne@tcspllc.com
LGibson@tcspllc.com
*Counsel for Defendant 3M Company*

William English
Napier Gault Schupbach & Stevens PLC
730 West Main Street, Suite 400
Louisville, KY 40202
wenglish@napiergaultlaw.com
abury@napiergaultlaw.com
*Counsel for Defendants Mine Service Company, Inc. and Kentucky Mine Supply Company*