**Bethney Ladner**

---

| | |
|---|---|
| **From:** | Mike Bender <mbender@tmslawplc.com> |
| **Sent:** | Friday, May 23, 2025 1:02 PM |
| **To:** | Mike Martin; Bethney Ladner; Tiffany Allen; 'Johnny Givens'; Jean Reid Goodwin; 'wenglish@napiergaultlaw.com'; 'Alexis Bury' |
| **Cc:** | Byron Miller; Bryant Spann (BSpann@tcspllc.com); 'rakers@tcspllc.com'; Elizabeth L. Taylor; Samuel A. Adams; Jan Browne; Megan Hess; Matt Hendricks; Lindsey Gibson |
| **Subject:** | Keith Harris v. 3M_3M's RFAs to MSC and KMS |
| **Attachments:** | 3M's RFAs to KMS.pdf; 3M's RFAs to MSC.pdf |

Counsel,

See attached 3M's first set of requests for admissions to co-Defendants Mine Service Company, Inc. and Kentucky Mine Supply Company.

Michael J. Bender
Thompson Miller & Simpson PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
Direct: (502) 357-1940
Cell: (270) 452-1232
mbender@tmslawplc.com

To connect with our firm:



*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and as such is privileged and confidential.   If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.   If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

1

# EXHIBIT 3