**Bethney Ladner**

| | |
|---|---|
| **From:** | Alexis Bury <abury@napiergaultlaw.com> |
| **Sent:** | Friday, May 23, 2025 1:53 PM |
| **To:** | Mike Bender; Mike Martin; Bethney Ladner; Tiffany Allen; 'Johnny Givens'; Jean Reid Goodwin; Byron Miller; Bryant Spann (BSpann@tcspllc.com); 'rakers@tcspllc.com'; Elizabeth L. Taylor; Samuel A. Adams; Jan Browne; Megan Hess; Matt Hendricks; Lindsey Gibson |
| **Cc:** | Will English |
| **Subject:** | Keith Harris, et al. v. 3M Company, et al. |
| **Attachments:** | 250523 KMS answer to 3M RFAs.pdf; 250523 MSC answers to 3M's RFAs.pdf; 250523 NOS RFA MSC.pdf; 250523 NOS RFA KMS.pdf |

Good afternoon,

Attached please find the following:

1. Kentucky Mine Supply's Notice of Service of Answers to 3M Company's First Set of Request for Admission
2. Kentucky Mine Supply's Answers to 3M Company's First Set of Request for Admission
3. Mine Service Company's Notice of Service of Answers to 3M Company's First Set of Request for Admission
4. Mine Service Company's Answers to 3M Company's First Set of Request for Admission

Thank you,
Alexis Bury

**Alexis Bury, Paralegal**
**Napier Gault Schupbach & Stevens, PLC**
**P: 502.855.3831  |  www.napiergaultlaw.com**

If you're a client, the attorney-client privilege protects this email.  If you're a lawyer working with us under a joint-defense arrangement, this email is privileged under that arrangement.  If you've received this email by mistake, we'd appreciate it if you would reply to let us know and then delete the email.  We don't waive any client's privilege by misdelivering this email.  Also, we never give tax advice.

1

# EXHIBIT 4