```
           COMMONWEALTH OF KENTUCKY
             MARTIN CIRCUIT COURT
          CIVIL ACTION NO. 22-CI-00165


KEITH HARRIS, et ux,

        Plaintiffs,


 -vs-


3M COMPANY, et al.,

        Defendants.




        DEPOSITION OF KEITH HARRIS
_____

     The deposition of Keith Harris was
taken on April 25, 2024, at 9:30 a.m.,
at 151 Main Street, Pikeville, Kentucky.
_____
```

```
         ELITE COURT REPORTING, LLC
              5010 Dempsey Drive
       Cross Lanes, West Virginia  25313
                (304) 415-1122


              Tara Arthur, CCR
```

**EXHIBIT 6**

```
 1                    A P P E A R A N C E S

 2     Michael J. Bender
       Attorney at Law
 3     Thompson Miller & Simpson, PLC
       734 West Main Street, Suite 400
 4     Louisville, Kentucky  40202

 5     Johnny Givens
       Attorney at Law
 6     Givens Law Firm, PLLC
       240 Trace Colony Park Drive, Suite 100
 7     Ridgeland, Mississippi  39157

 8     Andrew J. Stubbs
       Attorney at Law
 9     Forman Watkins & Krutz, LLP
       210 East Capitol Street, Suite 2200
10     Jackson, Mississippi  39201-2375

11     Patrick W. Gault
       Attorney at Law
12     Napier Gault Schupbach & Stevens, PLC
       730 West Main Street, Suite 400
13     Louisville, Kentucky  40202
       (Participated telephonically)
14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    I  N  D  E  X

 2        WITNESS

 3            Keith Harris

 4        EXAMINATION

 5            by Mr. Bender         Page 04
              by Mr. Stubbs         Page 353
 6            by Mr. Givens         Page 386

 7        EXHIBITS

 8            Number 1              Page 68
              Number 2              Page 71
 9            Number 3              Page 78
              Number 4              Page 140
10            Number 5              Page 281
              Number 6              Page 382
11            Number 7              Page 386
              Number 8              Page 386
12            Number 9              Page 387

13

14

15

16

17

18

19

20     Reporter's Certificate:      Page 400
       Errata Sheet/Signature Page: Waived
21

22

23

24
```

Page 83

```
1    graduated high school in late May of 2006,
2    right?
3         A.  Yes, sir.
4         Q.  And then that summer, you probably
5    worked just a little bit for that security
6    job, right?
7         A.  Yes, sir.
8         Q.  And then in the late summer, around
9    August, that's when you started in the coal
10   mines?
11        A.  Yes, sir.
12        Q.  The late summer of 2006, right?
13        A.  Yes, sir.
14        Q.  August of 2006?
15        A.  (Nods head.)
16        Q.  Yes?
17        A.  Yes, sir.
18        Q.  Would it be easier if we just
19   talked about Quality Enterprises and Excel
20   Mining all at the same time --
21        A.  Yes.
22        Q.  -- since Quality is a contract mine
23   for Excel?
24        A.  Yes, sir.
```

Page 84

1     Q.  How many coal mines did you work in
2  for Quality and Excel?
3     A.  I worked for -- worked for two.
4     Q.  What were the names of those coal
5  mines?
6     A.  1A was the first one.
7     Q.  What was the name of the second
8  one?
9     A.  Number 1 Mines.
10    Q.  Were both of those mines owned by
11 Excel?
12    A.  Yes, sir.
13    Q.  And is this a situation where you
14 basically start working at the mines, but
15 you are not actually an employee of Excel
16 Mining, they kind of want to see how you do
17 for a few months?
18    A.  Yes, sir.
19    Q.  If you do all right, then they hire
20 you on as a full-time employee?
21    A.  Yes, sir.
22    Q.  When you were first hired in --
23 well, let me -- before I do that, let me ask
24 you this.  You started at Mine 1A, correct?

Page 400

**CERTIFICATE**

   I, Tara Arthur, Certified Stenotype Reporter and Notary Public, do hereby certify that the foregoing deposition of the above-named witness, was duly taken by me in machine shorthand, and that the same were accurately written out in full and reduced to computer transcription.

   I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

   My commission expires April 16, 2027.

_____
Tara Arthur
Certified Court Reporter/Notary Public

Elite Court Reporting, LLC
KEITH HARRIS, 04/25/2024