## SOCIAL SECURITY ADMINISTRATION
Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I certify that all signatures of Social Security Administration officials on the annexed document(s) are genuine and made pursuant to the signers' official capacity.

I further certify that these records may not show all the earnings reported for the periods ending after December 31, 2021 because of the time required to receive and process reports.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this ___11th___ day of ___September___, 2023.

_M. De Los Reyes_
Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

Form SSA-473 (09/13)
Destroy Prior Edition

**EXHIBIT 7**

**HARRIS001170**

ITEMIZED STATEMENT OF EARNINGS

FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE   MARYLAND   21215


NUMBER HOLDER NAME: CHRISTOPHER K HARRIS
    YEARS REQUESTED: 2005 THRU 2022



MARTIN WALTON LAW FIRM
699 S FRIENDSWOOD DR STE 106
HOUSTON TX 77546




EMPLOYER NUMBER:   02-0743458
KENTUCKY MOUNTAIN SECURITY INC
PO BOX 415
HAZARD   KY 41702-0415

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2006 | | | | | $1,347.00 |

EMPLOYER NUMBER:   41-2083218
QUALITY ENTERPRISES INC
% JAMES THOMPSON
PO BOX 1573
WILLIAMSON   WV 25661-1573

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2006 | | | | | $5,687.50 |

EMPLOYER NUMBER:   52-2125945
EXCEL MINING LLC
PO BOX 22027
TULSA   OK 74121-2027

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2006 | | | | | $8,255.64 |
| 2007 | | | | | $61,169.58 |
| 2008 | | | | | $12,897.49 |

HARRIS001171

ITEMIZED STATEMENT OF EARNINGS

```
EMPLOYER NUMBER:  31-1241956
ROCKSPRING DEVELOPMENT INC
% MELISSA STANLEY
PO BOX 848
BRISTOL   TN 37621-0848
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2008 | | | | | $66,695.08 |
| 2009 | | | | | $74,792.10 |
| 2010 | | | | | $75,737.39 |
| 2011 | | | | | $87,015.82 |
| 2012 | | | | | $96,693.21 |
| 2013 | | | | | $74,727.62 |
| 2014 | | | | | $68,977.73 |
| 2015 | | | | | $44,198.84 |

```
EMPLOYER NUMBER:  13-5581829
METROPOLITAN LIFE INSURANCE CO
% TAX DEPT
13045 TESSON FERRY RD
SAINT LOUIS   MO 63128-3407
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2014 | | | | | $598.48 |

```
EMPLOYER NUMBER:  61-0608329
BROWN FOODSERVICE INC EAST CLAYTON
PO BOX 690
LOUISA   KY 41230-0690
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2015 | | | | | $9,915.85 |
| 2016 | | | | | $3,754.40 |

SELF EMPLOYMENT:

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2016 | | | | | $1,108.00 |

```
EMPLOYER NUMBER:  30-0091776
SUPERIOR COAL SERVICES L L C
GROSE MICHAEL SINGLE MEMBER
PO BOX 1025
SUMMERSVILLE   WV 26651-0110
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2016 | | | | | $8,420.00 |
| 2017 | | | | | $15,585.00 |

HARRIS001172