**Bethney Ladner**

---

| | |
|---|---|
| **From:** | Rob Akers <RAkers@tcspllc.com> |
| **Sent:** | Wednesday, May 28, 2025 10:55 AM |
| **To:** | Johnny Givens; Megan Hess; Mike Martin; Bethney Ladner; Tiffany Allen; Jean Reid Goodwin; wenglish@napiergaultlaw.com; Alexis Bury; Angela Brandt; Dan Adams |
| **Cc:** | Byron Miller; Mike Bender; Matt Hendricks; Bryant Spann; Jan Browne; Lindsey Gibson; Liz.Murphy@trustpoint.one |
| **Subject:** | RE: Keith Harris, et ux. v 3M Company, et al. |

Johnny, thanks for letting us know.  In light of your decision to pull down Dr. Bowman's and Dr. Harris' depositions until jurisdiction is resolved, 3M will likewise pause expert discovery on our end.  3M will hold off on scheduling or conducting any further expert-related activity until the Court has ruled on your motion to remand.  We will also release the deposition dates that our experts are currently holding in *Harris*.

Rob

**Robert H. Akers**
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
PO Box 3824
Charleston, WV  25338-3824
304-414-1800 (office)
304-414-1809 (direct)
304-414-1801 (facsimile)
rakers@tcspllc.com

---

**From:** Johnny Givens <johnny@givens-law.com>
**Sent:** Tuesday, May 27, 2025 3:34 PM
**To:** Megan Hess <mhess@tmslawplc.com>; Michael B. Martin <mmartin@martinwaltonlaw.com>; Bethney Ladner <beth@martinwaltonlaw.com>; Tiffany Allen <tiffany@martinwaltonlaw.com>; Jean Reid Goodwin <jeanreid@givens-law.com>; wenglish@napiergaultlaw.com; Alexis Bury <abury@napiergaultlaw.com>
**Cc:** Byron Miller <bmiller@tmslawplc.com>; Mike Bender <mbender@tmslawplc.com>; Matt Hendricks <mhendricks@tmslawplc.com>; Bryant Spann <BSpann@tcspllc.com>; Rob Akers <RAkers@tcspllc.com>; Jan Browne <JBrowne@tcspllc.com>; Lindsey Gibson <LGibson@tcspllc.com>; Liz.Murphy@trustpoint.one
**Subject:** RE: Keith Harris, et ux. v 3M Company, et al.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We will be filing a Motion to Remand prior to Dr. Bowman's and Dr. Harris' depositions.  Therefore, these will not be going forward until the jurisdictional issue is resolved by the Court.

# EXHIBIT 8