UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:25-CV-00027-REW-EBA

KEITH HARRIS, *et al.*,                                                         PLAINTIFFS,

V.                                         **ORDER**

3M COMPANY, *et al.*,                                                      DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

As required by 28 U.S.C. § 455, the undersigned will recuse from further responsibility in this action. Therefore, in accordance with General Order 18-22, and with the agreement of the participating United States Magistrate Judges,

**IT IS ORDERED** that this matter is **REASSIGNED** to Magistrate Judge Candace J. Smith. Signed May 28, 2025.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge